No. 1925, Misc. DOBER *v.* ELKO ET AL. Appeal from Sup. Ct. Pa. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 1525, Misc. SMITH *v.* SCOTLAND URBAN ENTERPRISES, INC. Appeal from Sup. Ct. La. dismissed for want of properly presented federal question. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

No. 1568. CARLOUGH *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. Appeal from D. C. S. D. Fla. Judgment of United States District Court for the Southern District of Florida vacated and case remanded to that court so that it may enter a fresh judgment from which a timely appeal may be taken to the Court of Appeals.

No. ——. UNITED STATES *v.* TEN REELS OF A MOTION PICTURE, ENTITLED "QUIET DAYS IN CLICHY" (GROVE PRESS, CLAIMANT). D. C. C. D. Cal. Application to vacate stay heretofore issued by MR. JUSTICE BLACK denied, with leave to renew, however, if a trial on the obscenity *vel non* of this film has not commenced by August 3, 1970, unless any delay of the trial beyond that date has been occasioned by appellee Grove Press. MR. JUSTICE BLACK and MR. JUSTICE STEWART would vacate the stay. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.